AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

| | | |
|---|---|---|
| Selena Jean Cooper Butt, ex rel Q.T.R | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:18-cv-383 |
| Jefferson B. Session, III, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Opinion and Order issued granting Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

.

Date:  7/8/19 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy*